UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EVA CHAVOLLA,<br><br>Plaintiff,<br><br>v.<br><br>DARLING INGREDIENTS INC., et al.,<br><br>Defendants. | No.  2:25-cv-01031-DAD-SCR<br><br>ORDER GRANTING PLAINTIFF'S MOTION TO REMAND<br><br>(Doc. No. 7) |

This matter comes before the court on plaintiff's motion to remand this action to Stanislaus County Superior Court.  (Doc. No. 7.)  On December 31, 2025, the court granted plaintiff leave to amend her complaint.  (Doc. No. 19.)  In that order, the court stated its intention to remand this case to the Stanislaus County Superior Court once she filed her first amended complaint properly naming non-diverse defendant Kevin Van Dewark.  (*Id.* at 17.)   The court also stated its intention to deny as moot defendant's motion to compel arbitration once plaintiff filed her first amended complaint naming defendant Van Dewark.  (*Id.*)  On January 13, 2026, plaintiff filed her first amended complaint naming the non-diverse defendant.  (Doc. No. 20.) On January 16, 2026, the court denied defendant Darling Ingredient's motion to compel arbitration as moot by minute order.  (Doc. No. 21.)  For the reasons stated in the court's prior order granting plaintiff leave to amend her complaint, the court will remand this case to the Stanislaus County Superior Court.  (Doc. No. 19 at 16–17.)

1

For the reasons set forth above,

1.      Plaintiff's motion to remand (Doc. No. 7) is GRANTED;

2.      This action is REMANDED to the Stanislaus County Superior Court, pursuant to 28 U.S.C § 1447(c), for lack of subject matter jurisdiction; AND

3.      The Clerk of the Court is directed to CLOSE this case.

IT IS SO ORDERED.

Dated:    **January 22, 2026**                          _Dale A. Drozd_
                                                        DALE A. DROZD
                                                        UNITED STATES DISTRICT JUDGE